WILLIAM SIMIS, as General Guardian of WILLIAM SIMIS, et al.,
Plaintiffs, *v.* CHARLOTTE WHITE, Appellant, Impleaded with
Others.

HENRY J. COGGESHALL, as Receiver of THE MUTUAL BENEFIT
LOAN AND BUILDING COMPANY, Respondent.

*Simis* v. *White*, 85 App. Div. 618, affirmed.
(Submitted October 5, 1903; decided October 20, 1903.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the second judicial department, entered
June 17, 1903, which affirmed an order of the Kings County
Court in surplus money proceedings.

*George W. McKenzie, Hamilton Anderson* and *George P.
Beebe* for appellant.

*Edward C. Rice* for respondent.

Order affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, MARTIN,
VANN, CULLEN and WERNER, JJ.